JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETTY S.,[1] | Case No. 2:22-cv-03443-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN O'MALLEY,[2] COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Fed. R. Civ. P. 25(d), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this action.  *See* 42 U.S.C. § 405(g).

1  Pursuant to the Court's Memorandum Opinion and Order,
2      IT IS HEREBY ADJUDGED that the decision of the Administrative
3  Law Judge is Vacated and this matter is Remanded to the Social Security
4  Administration on an open record for further proceedings consistent with the
5  Court's Order.

7  DATED: March 19, 2024

  *Patricia Donahue*
10  HON. PATRICIA DONAHUE
    UNITED STATES MAGISTRATE JUDGE

2