LELAND LAW
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND, CSBN 268272
E-mail: tracey@disabilitylawfirm.com
   Attorneys for Plaintiff

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA NAICKER, CSBN
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone:  (510) 970-4830
  Facsimile: (415) 744-0134
  Email:  tina.naicker@ssa.gov
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | |
|---|---|
| LETTY SOLORIO,<br>  Plaintiff,<br><br>   v.<br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:22-cv-3443-PD<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3  THOUSAND ONE HUNDRED DOLLARS [$5,100.00], as authorized by 28 U.S.C.
4  § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: May 20, 2024

_____*Patricia Donahue*_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1